UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.M., a minor, by and through his guardian ad litem, GRICELDA HERNANDEZ, in his individual capacity and as heir and successor-in-interest to JOSE ALBERTO MORA TAFOLLA, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF MERCED; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 1:26-CV-07261-JLT-FJS<br><br>ORDER GRANTING STIPULATION TO EXTEND TIME FOR THE COUNTY OF MERCED TO FILE RESPONSIVE PLEADING<br><br>(ECF No. 9) |

On October 29, 2026, the Parties filed their joint stipulation to extend time for the County of Merced to answer or otherwise respond to the complaint. (ECF No. 9.) The Parties request that the court extend the deadline for Defendant County of Merced to answer or otherwise respond by twenty-five (25) days.

Pursuant to Local Rule 144(a), the Parties' stipulation (ECF No. 9), and for good cause appearing, the court HEREBY ORDERS as follows:

(1) The Parties' stipulation for an extension of time (ECF No. 9) is GRANTED; and

(2) Defendant County of Merced SHALL have up to and including November 23, 2026, to file a responsive pleading; and

(3) All other court-ordered deadlines remain unchanged.

IT IS SO ORDERED.

Dated: **October 30, 2026**

UNITED STATES MAGISTRATE JUDGE