UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.M., a minor, by and through his guardian ad litem, GRICELDA HERNANDEZ, in his individual capacity and as heir and successor-in-interest to JOSE ALBERTO MORA TAFOLLA, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>County of Merced, a public entity; and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 1:26-cv-07261-JLT-FJ<br><br>Order Granting Leave to File First Amended Complaint Adding Amanda Cardella as a Nominal Defendant<br><br>(ECF 13) |

On November 18, 2026, the parties filed a joint stipulation to allow Plaintiff to file a First Amended Complaint ("FAC") naming the decedent's surviving spouse, Amanda Cardella, as a nominal defendant so any interest she may have in the wrongful death claims can be addressed in this action. (ECF 13.)

Having considered the parties' stipulation, and for good cause shown, the court ORDERS as follows under Federal Rules of Civil Procedure 15(a)(2), 19(a), and 21:

1. Plaintiff is granted leave to file a FAC, limited to adding Amanda Cardella as a nominal defendant and making conforming changes necessary to that joinder. This is a procedural order and does not determine the status or rights of any party.

2. Within seven (7) days after entry of this order, Plaintiff shall separately file the FAC and serve it on the appearing parties.

3. Plaintiff shall obtain a summons for Ms. Cardella, serve her with the summons and FAC under Federal Rule of Civil Procedure 4 unless she validly waives service, and file the proof of service or waiver. Neither the stipulation nor this Order constitutes service on her.

4. The County of Merced shall answer or otherwise respond to the FAC within fourteen (14) days after service of the FAC or within the time remaining to respond to the original complaint, whichever is later, under Federal Rule of Civil Procedure 15(a)(3), unless otherwise ordered.

5. All other existing dates and deadlines remain unchanged.

IT IS SO ORDERED.

Dated: **November 25, 2026**

UNITED STATES MAGISTRATE JUDGE